UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PREETINDER K HUNDAL, et al.,

    Plaintiffs,

    v.

EAGLE VISTA EQUITIES LLC, et al.,

    Defendants.

Case No. 16-cv-01287-WHO

**ORDER REGARDING MAY 4, 2016 HEARING AND CASE MANAGEMENT CONFERENCE**

The hearing on defendants' motions to dismiss set for May 4, 2016 is VACATED. The case management conference set for that same date remains on calendar. It will be conducted telephonically at approximately 3:00 p.m., or at the close of the Civil Law and Motion Calendar, whichever is later. Courtroom Deputy Jean Davis will contact the parties to make arrangements.

**IT IS SO ORDERED**.

Dated: April 29, 2016



WILLIAM H. ORRICK
United States District Judge