```
 1  Glenn L. Moss (State Bar No. 44307)
    Ann Murphy (State Bar No. 66947)
 2  MOSS and MURPHY
    1297 B Street
 3  Hayward, CA 94541

 4  Tel 510-583-1155
    FAX 510-583-1299
 5  e-mail m-m@pacbell.net

 6  Attorneys for PLAINTIFFS
    PREETINDER K HUNDAL and
 7  NISHAN S. HUNDAL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREETINDER K. HUNDAL and NISHAN S. HUNDAL,<br><br>　　　　　Plaintiffs<br><br>vs.<br><br>EAGLE VISTA EQUITIES LLC; ET AL<br><br>　　　　　Defendants | CASE NO: 3:16-cv-01287<br><br>STIPULATION AND ORDER CONSOLIDATING HEARING ON MOTIONS TO DISMISS AND ALLOWING PLAINTIFF 14 DAYS FROM JUNE 20 TO FILE OPPOSITION TO ALL THREE MOTIONS TO DISMISS |

Recitals: On June 20, 2016, Glen L. Moss downloaded the Motions to Dismiss filed by Eagle Vista and Alice Glazer as Trustee. Mr. Moss will be on vacation on the date these defendants set for the hearing on their motion. Mr. Moss then called all counsel to advise of his unavailability, and to secure a new hearing date as well as permission to file Opposition to all three motions within 14 days of June 20, 2016. Ms. Brady

-6-

was unavailable. Mr. Sandelmann had no objection to the requests of Mr. Moss but suggested he call the Clerk. Mr. Alabaster had no objections to the requests.

Upon calling the Clerk, Mr. Moss learned there is no fixed policy regarding oral argument for Motions to Dismiss. The Clerk advised that the Court would be unavailable on August 24 and suggested a formal stipulation be prepared. Based on these recitals,

IT IS HEREBY STIPULATED:

1. All three motions will be heard on AUGUST 31, 2016 AT 2:00 P.M. After reviewing the pleadings the Court will determine whether oral argument on August 31 will be required.

2. Plaintiff's counsel shall have 14 days from June 20, 2016 to file Opposition to the three Motions to Dismiss and Requests for Judicial Notice. Thus, the Opposition will be due on or before JULY 5, 2016, since July 4 is a holiday. Defendants may file Reply briefs on or before August 1, 2016.

3. This Stipulation may be signed in counterparts or by FAX by counsel.

| Moss & Murphy | The Sapiro Law Firm |
|---|---|
| *[signature]* | /s/ |
| Glen L. Moss | Gary Alabaster |
| WRIGHT FINLAY & ZAK | DINSMORE & SANDELMANN |
| *[signature]* | *[signature]* |
| Jennifer Brady | Frank Sandelmann |

-7-

was unavailable. Mr. Sandelmann had no objection to the requests of Mr. Moss but suggested he call the Clerk. Mr. Alabaster had no objections to the requests.

Upon calling the Clerk, Mr. Moss learned there is no fixed policy regarding oral argument for Motions to Dismiss. The Clerk advised that the Court would be unavailable on August 24 and suggested a formal stipulation be prepared. Based on these recitals,

**IT IS HEREBY STIPULATED:**

1. All three motions will be heard on AUGUST 31, 2016 AT 2:00 P.M. After reviewing the pleadings the Court will determine whether oral argument on August 31 will be required.

2. Plaintiff's counsel shall have 14 days from June 20, 2016 to file Opposition to the three Motions to Dismiss and Requests for Judicial Notice. Thus, the Opposition will be due on or before JULY 5, 2016, since July 4 is a holiday. Defendants may file Reply briefs on or before August 1, 2016.

3. This Stipulation may be signed in counterparts or by FAX by counsel.

| Moss & Murphy | The Sapiro Law Firm |
|---|---|
| /s/ Glen L. Moss | /s/ Gary Alabaster |
| Glen L. Moss | Gary Alabaster |
| WRIGHT FINLAY & ZAK | DINSMORE & SANDELMANN |
| /s/ | /s/ |
| Jennifer Brady | Frank Sandelmann |

-7-

ORDER

Upon reviewing the above Stipulation and for good cause,

IT IS HEREBY ORDERED THAT THE ABOVE STIPULATION IS APPROVED.

Dated: June 28, 2016

_William H. Orrick,_
US District Judge

x/hundal.dis

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

-8-