WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Jennifer A. Brady, Esq., SBN 258626
4665 MacArthur Court, Suite 200
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142
rwright@wrightlegal.net; jbrady@wrightlegal.net

Attorneys for Defendant, PLM LOAN MANAGEMENT SERVICES, INC. (*erroneously named as* PLM LENDER MANAGEMENT SERVICES LLC)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREETINDER K. HUNDAL and NISHAN S. HUNDAL,<br><br>Plaintiffs,<br><br>v.<br><br>EAGLE VISTA EQUITIES LLC; et al.,<br><br>Defendants. | Case No.: 3:16-cv-01287-WHO<br><br>*[The Hon. William H. Orrick]*<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLM'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date:     November 9, 2016<br>Time:    2:00 p.m.<br>Ctrm:    2 (17th Floor)<br><br>Complaint Filed:  December 8, 2015<br>FAC Filed:            February 19, 2016<br>SAC Filed:            June 3, 2016<br>TAC Filed:            September 14, 2016<br>Trial:                      Not Set. |

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT,** in connection with the hearing on its Motion to Dismiss, Defendant PLM LOAN MANAGEMENT SERVICES, INC. hereby submits

the following supplemental authority: *Vien-Phuong Thi Ho v. Reconstrust Co.*, 2016 U.S. App. LEXIS 18836 (9th Cir., October 19, 2016).

At the time PLM's Motion to Dismiss Plaintiffs' Third Amended Complaint was filed, the 9th Circuit's published opinion in *Ho* had not yet been filed. As in *Ho, in* the instant action Plaintiffs' are suing the foreclosure trustee (PLM, under the Second DOT) for alleged violations under the FDCPA. The issues and opinion in *Ho* are relevant to the issues in this action in the following way:

Specifically, the 9th Circuit affirmed the holding in *Hulse v. Ocwen Federal Bank*, 195 F. Supp. 2d 1188, 1204 (D. Or. 2002) that a trustee foreclosing under a trust deed is **not** a debt collector under the Fair Debt Collection Practices Act ("FDCPA"); also agreeing with the California Courts of Appeal in *Pfeifer v. Countrywide Home Loans, Inc.*, 150 Cal. Rptr. 3d 673, 684 (Cal. Ct. App. 2012) and *Fonteno v. Wells Fargo Bank, N.A.*, 176 Cal. Rptr. 3d 676, 690–92 (Cal. Ct. App. 2014) that a trustee is not a "debt collector" under the FDCPA because it is not attempting to collect *money* from the borrower. Instead, "the object of a non-judicial foreclosure in California is to retake and resell the security on the loan. Thus, actions taken to facilitate a non-judicial foreclosure, such as sending the notice of default and notice of sale, are not attempts to collect 'debt' as that term is defined by the FDCPA.

To the extent that there might have been any doubt, the decision in *Ho,* now makes it clear that recording the notice of default and notice of sale does not constitute debt collection under the FDCPA in either state or federal court.

Respectfully submitted,
WRIGHT, FINLAY & ZAK, LLP

Dated: October 31, 2016         By:    */s/ Jennifer A. Brady*
                                       Jennifer A. Brady, Esq.
                                       Attorneys for Defendant, PLM LOAN
                                       MANAGEMENT SERVICES, INC.

NOTICE OF SUPPLEMENTAL AUTHORITY

**PROOF OF SERVICE**

I, Margaret Augustyniak, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On October 31, 2016, I served a true copy of the foregoing **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLM'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** on all interested parties in this action as follows:

**SEE SERVICE LIST**

[ ]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[X]   (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail addresses indicated per the agreement of the parties. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[X]   (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached

-2-

1  to any document served in the traditional manner upon any party appearing
2  pro se."

3  [X]   (Federal) I declare under penalty of perjury under the laws of the United
4  States of America that the foregoing is true and correct.

5  Executed on October 31, 2016, at Newport Beach, California.

6  _____
7  Margaret Augustyniak

# SERVICE LIST

**CM/ECF Electronic Service**

Glenn L. Moss
Ann Murphy
Moss & Murphy
1297 B Street
Hayward, CA 94541
Tel: (510) 583-1155
Email: m-m@pacbell.net
***Attorney for Plaintiffs, Preetinder K. Hudal and Nishan S. Hundal***

Frank Sandelmann
Dinsmore & Sandelmann, LLP
324 Manhattan Beach Blvd #201
Manhattan Beach, CA 90266
Tel: (310) 318-1220
Email: fsandelmann@lawinmb.com

Julie M. Holden
2015 Manhattan Beach Blvd., Ste.100
Redondo Beach, CA 90278
Tel: (310) 640-3070 X144
Email: jholden@wedgewood-inc.com
***Attorney for Defendant, Eagle Vista Equities, LLC***

Gary Alabaster
Sapiro Law Firm
77 Van Ness Ave #201
San Francisco, CA 94102
Tel: (415) 771-0100
Email: galabaster@sapirolaw.com
***Attorney for Defendant, Alice Glazer***

PROOF OF SERVICE